Ellen M. Murray et al., Executrix, etc., Respondents, v. Simeon E. Church, Impleaded, etc., Appellant.

(Submitted May 29, 1874; decided June 9, 1874.)

*Simeon E. Church*, appellant, in person.

*Andrew Boardman* for the respondents.

Agree to affirm on opinion of Lawrence, J., at Special Term.
All concur.
Judgment affirmed.